BARON KENT GAY, APPELLANT, v. STATE OF NEVADA, RESPONDENT.

No. 6286

November 22, 1971                              490 P.2d 666

*H. Dale Murphy,* Public Defender, Washoe County, for Appellant.

*Robert List,* Attorney General, *Robert E. Rose,* District Attorney, and *Gary R. Silverman,* Deputy District Attorney, Washoe County, for Respondent.

**O P I N I O N**

*Per Curiam:*

The appellant was convicted of attempted burglary and the possession of burglary instruments. The Public Defender of Washoe County has submitted this appeal pursuant to the

---

command of Anders v. California, 386 U.S. 738 (1967), referring to any point in the record that might arguably support an appeal, Sanchez v. State, 85 Nev. 95, 450 P.2d 793 (1969).

This court ordered that a transcript be supplied to the appellant who is indigent. Griffin v. Illinois, 351 U.S. 12 (1956); Draper v. Washington, 372 U.S. 487 (1963); Eskridge v. Washington Prison Bd., 357 U.S. 214 (1958); Entsminger v. Iowa, 386 U.S. 748 (1967). Our independent review of the record establishes that the claims of error are frivolous. The identification of the appellant as the attempted burglar was adequate; his arrest was with probable cause; and the search of his person and seizure of burglary tools was incident to a lawful arrest.

Affirmed.